UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

December 13, 2000

Eric S. Lipsetts, Esquire
Cutler & Lipsetts
77 West Street, Suite 310
Annapolis, MD 21401

Karen Khan, Esquire
Patrick Martin, Esquire
Jackson, Lewis, Schnitzler & Krupman
1350 I Street, N.W., Suite 310
Washington, D.C. 20005

Thomas McCarthy, Jr., Esquire
McCarthy & McCarthy, LLC
79 Franklin Street
Annapolis, MD 21401

Re:   Willow Mattison v. Buddy's Crabs and Ribs, Inc., et al.
      Civil No. CCB-00-3287

Dear Counsel:

Thank you for your joint report regarding deposition hours. The plaintiff's request for 40 hours is **Approved**; the defendants' request for 120 hours, which is excessive in terms of cost and delay, is **Denied**. The defendants also may have 40 hours of deposition time.

The case is being referred for a settlement/ADR conference before a U.S. Magistrate Judge.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: Court File